IN THE SUPREME COURT OF THE STATE OF DELAWARE

SCOTT PRICE,                            §
                                        §    No. 576, 2016
    Respondent Below,               §
    Appellant,                      §
                                        §    Court Below:  Superior Court
    v.                              §    of the State of Delaware
                                        §
DEPARTMENT OF SERVICES FOR              §    C.A. No. CN15-06099
CHILDREN, YOUTH, AND                    §
THEIR FAMILIES,                         §
                                        §
    Petitioner Below,               §
    Appellee.                       §

Submitted:  August 16, 2017
Decided:    August 16, 2017

Before **STRINE**, Chief Justice; **VAUGHN** and **TRAYNOR**, Justices.

## O R D E R

This 16th day of August 2017, it appears to the Court that the judgment of the Family Court terminating Scott Price's[1] parental rights over his child as the culmination of a series of unsuccessful efforts to reunite him with his child[2] should

---

[1] Scott Price is a pseudonym assigned by this Court.

[2] *Department of Services for Children, Youth and Their Families, v. [Scott Price]*, CN15-06099 (Fam. Ct. July 5, 2016) (ORDER); *Department of Services for Children, Youth and Their Families, v. [Scott Price]*, CN15-06099 (Fam. Ct. Apr. 14, 2016) (ORDER); *Department of Services for Children, Youth and Their Families, v. [Scott Price]*, CN15-06099 (Fam. Ct. Jan. 22, 2016) (ORDER); *Department of Services for Children, Youth and Their Families, v. [Scott Price]*, CN15-06099 (Fam. Ct. Nov. 10, 2015) (ORDER).

be affirmed on the basis of and for the reasons assigned in its bench opinion and order dated November 9, 2016.[3]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[3] *Division of Family Services v. [Scott Price]*, 16-07-10TN (Fam. Ct. Nov. 9, 2016).